IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| THE JOHN ALLAN COMPANY, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 05-CV-1150-MLB |
| | ) | |
| THE CRAIG ALLEN COMPANY L.L.C., | ) | |
| CRAIG ALLEN TATRO, an individual, and | ) | |
| and ERIK DAVID LESCHUK, an individual, | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Court has been advised by the parties that they have entered into an agreement pursuant to which defendants will cease using the name Craig Allen's in connection with the operation of salons (with time being afforded for transition to a new name for the Wichita location). The parties have recommended to the Court, and the Court agrees, that with this resolution of the tradename infringement claim, no further action is required by the Court in order to comply with the mandate of the Tenth Circuit Court of Appeals. The parties have also advised the Court that they will make no further applications for fees and costs in this action, and that each party has waived its right to take any further appeals in this action. With the entry of this Order, this action may now be closed.

    s/ Monti Belot
Monti L. Belot
District Judge